UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER D. MADDOX,<br><br>Petitioner,<br><br>v.<br><br>CHRISTINE O. GREGOIRE, *et al*,<br><br>Respondents. | Case No. C06-5524RBL-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 29th day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

06-CV-05524-ORD

ORDER
Page - 1