UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER D. MADDOX,

           Petitioner,

   v.

GUY HALL,

           Respondent.

Case No. C06-5524RBL-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)    the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 18th day of January, 2007.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1